UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARDEEP LUTHRA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 21-cv-00402-KAW<br><br>ORDER TO SHOW CAUSE<br><br>Re: Dkt. No. 5 |

On January 21, 2021, Defendant filed a motion to dismiss. (Dkt. No. 5.) Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was February 4, 2021.

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before February 16, 2021, to 1) file a consent or declination notice so that the Court can decide the motion or reassign the case to a district judge, 2) file an opposition or statement of non-opposition to the pending motion, and 3) file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendant may file a reply on or before February 23, 2021. The hearing on Defendant's motion to dismiss is continued to March 18, 2021 at 1:30 p.m.

///

///

///

Failure to comply will result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed.

IT IS SO ORDERED.

Dated: February 5, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge